properly denied upon the grounds stated in the order made at Special Term denying same?

George Spotswood, Appellant, v. Henry W. Hamell, Respondent.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Thomas Smith and Robert J. Gleason, Appellants.— Judgment and order unanimously affirmed.

The People of the State of New York, Respondent, v. Thomas Smith, Appellant.— Judgment and order unanimously affirmed.

The People of the State of New York ex rel. Ontario and Western Railway Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Order granted.

The People of the State of New York, Respondent, v. The New York Carbonic Acid Gas Company, Appellant. The People of the State of New York, Respondent, v. The Geysers Natural Gas Company, Appellant. The People of the State of New York, Respondent, v. The Lincoln Spring Company, Appellant. The People of the State of New York, Respondent, v. The Natural Carbonic Gas Company, Appellant.— If plaintiffs were using all due diligence to obtain a trial at the Albany May term and failed through no fault of theirs, Mr. Justice Fitts, under our order, had power in his discretion to grant or refuse an injunction. He still has such power, and, therefore, this motion is denied.

Alfred Richards, Respondent, v. Virginia Kindoner, Appellant, Impleaded with Victor Kindoner and Others.— Interlocutory judgment affirmed, with costs. All concurred.

Hiram S. Shippy and Laura L. Shippy, Appellants, v. Union Bag and Paper Company, Respondent.— Judgment and order unanimously affirmed, with costs.

William Smith, Respondent, v. Henry W. Hamell, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Westcott Chuck Company, Appellant, v. Oneida National Chuck Company, Respondent.— Judgment affirmed, with costs. All concurred, except Chester, J., dissenting.

## FOURTH DEPARTMENT, JUNE, 1909.

The People of the State of New York, Respondent, v. City of Syracuse, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concurred.

The People of the State of New York, Appellant, v. Ezra Wetmore, Respondent.— Order reversed, with costs, defendant's motion denied, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Philo B. Spaulding, Appellant, v. Edward R. Hall and Henry J. Burkdorf, as Executors, etc., of Barbrey Klock, Deceased, Respondents.— Judgment and order affirmed, with costs. All concurred.

Esther F. Blanchard, as Administratrix, etc., of Flint Blanchard, Deceased, Respondent, v. Amos F. Blanchard, Appellant.— Judgment affirmed, with costs. All concurred.